USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/7/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEAUCHAMP,<br><br>      Plaintiff,<br><br>-against-<br><br>FODERA GUITAR PARTNERS, LLC,<br><br>      Defendant. | 24-CV-02213 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within fourt-five days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated: **June 7, 2024**
    New York, New York

                   */s/ Andrew L. Carter, Jr.*
                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**